IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WILLIAM DAVID CLEMENTS, | ) | CASE NO.: 8:08CV165 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| METROPOLITAN UTILITIES DISTRICT, | ) | |
| a political subdivision, JOHN | ) | |
| HEMSCHEMEYER, Vice President of | ) | |
| Human Resources, individually and in his | ) | |
| official capacity, | ) | |
| | ) | |
| Defendants. | ) | |

THIS MATTER is before the Court on the parties' Joint Motion for Continuance of the deadline for filing Motions for Summary Judgment based on qualified immunity as set forth in the Order for Initial Progression of Case. The deadline is presently set for October 8, 2008, and the parties seek to continue the time for filing Motions for Summary Judgment based on qualified immunity until a deadline to be set at the Court's planning conference on October 27, 2008. The parties also seek to adjust other deadlines within the initial progression order as appropriate. The Court finds that the Joint Motion for Continuance is well taken and should be granted.

IT IS ORDERED that the Joint Motion is granted. The summary judgment deadline set forth in the July 21, 2008 Order for Initial Progression of Case is hereby continued until a deadline to be set at the Court's planning conference on October 27, 2008. The Court will consider adjusting the other deadlines within the initial progression order at the October 27, 2008 planning conference.

DATED October 7, 2008.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge