IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WILLIAM DAVID CLEMENTS, | ) | Case No. 8:08CV165 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER OF DISMISSAL** |
| | ) | **AS TO DEFENDANT** |
| METROPOLITAN UTILITIES DISTRICT, a political subdivision, JOHN HEMSCHEMEYER, VICE-PRESIDENT OF HUMAN RESOURCES, individually and in his official capacity, | ) ) ) ) ) ) | **JOHN HEMSCHEMEYER** |
| Defendants. | ) | |

This matter comes before the Court upon the Stipulation of the parties for dismissal of Defendant John Hemschemeyer from this matter pursuant to Fed. R. Civ. P. 41 (Filing 32). In consideration of the Stipulation,

IT IS HEREBY ORDERED that Defendant John Hemschemeyer should be and therefore is dismissed from the above-captioned matter, with prejudice, with each party to bear their own costs.

DATED this 18th day of December, 2008.

BY THE COURT:

**s/ Joseph F. Bataillon**
United States District Judge

W497571