# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **WILLIAM DAVID CLEMENTS,** | ) |
| **Plaintiff,** | ) |
| | ) **8:08CV165** |
| vs. | ) |
| | ) **ORDER** |
| **METROPOLITAN UTILITIES DISTRICT,** | ) |
| **Defendant.** | ) |

This matter is before the court on the parties' joint motion for a 30-day continuance of the following deadlines set forth in the Final Progression Order: motions for summary judgment; depositions; discovery motions; motions in limine (experts). Continuing these deadlines would not affect the other deadlines set forth in the Final Progression Order, including the date of trial, which is presently set to begin on November 16, 2009. The Court finds that this motion is well taken and should be granted.

**IT IS ORDERED** that the Joint Motion to Amend Progression Order (Doc. 48) is granted, and the following deadlines set forth in the Final Progression Order (Doc. 39) are extended as follows:

Motions for Summary Judgment: **August 17, 2009**;
Depositions: **August 31, 2009**;
Discovery Motions: **September 14, 2009**;
Motions in Limine (experts): **August 31, 2009.**

All other progression order deadlines remain in effect.

**DATED July 21, 2009.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**