# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **WILLIAM D. CLEMENTS,** | ) |
| **Plaintiff,** | ) |
| | ) 8:08CV165 |
| vs. | ) |
| | ) ORDER |
| **METROPOLITAN UTILITIES DISTRICT,** | ) |
| **Defendant.** | ) |

This case came before the court for a telephonic status conference. Bruce Mason represented the plaintiff and Robert Rossiter, Jr., represented the defendant. After reviewing the final progression of the case,

**IT IS ORDERED:**

All remaining deadlines in the Order Setting Final Schedule for Progression of Case (#39) and the plaintiff's response deadline to defendant's motion for summary judgment, are stayed, pending a status conference on **Monday, November 2, 2009 at 9:30 A.M.**

Dated this 2nd day of September 2009.

BY THE COURT:

S/ F. A. Gossett
United States Magistrate Judge