IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WILILAM DAVID CLEMENTS, | ) | CASE NO. 8:08CV165 |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | **STIPULATION FOR DISMISSAL** |
| METROPOLITAN UTILITIES DISTRICT, a political subdivision, | ) ) ) | |
| Defendant. | ) | |

COME NOW the parties hereto, by and through their respective counsel, and hereby stipulate that the above captioned matter be dismissed with prejudice, pursuant to Fed.R.Civ.P. 41, each party to bear their own costs.

DATED this 6th day of November, 2009.

                    METROPOLITAN UTILITIES DISTRICT,
                    Defendant.

BY: /s/ Robert F. Rossiter, Jr.
      Robert F. Rossiter, Jr.
      Fraser Stryker PC LLO
      500 Energy Plaza,
      409 South 17th St.
      Omaha, NE 68102
      (402) 341-6000
      Counsel for Defendant

WILLIAM DAVID CLEMENTS, Plaintiff.

BY: /s/ Bruce G. Mason
      Bruce G. Mason
      MASON LAW OFFICE
      1505 South 108th Street
      Omaha, NE 68144
      (402) 397-1050
      Counsel for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 6th day of November, 2009, a true and correct copy of the above and foregoing was filed with the Clerk of the Court using the CM/ECF system which sends notification of such filing to the following:

| | |
|---|---|
| Bruce G. Mason | Robert F. Rossiter, Jr. |
| MASON LAW OFFICE | Fraser Stryker PC LLO |
| 1505 South 108th Street | 500 Energy Plaza, |
| Omaha, NE  68144 | 409 South 17th St. |
| (402) 397-1050 | Omaha, NE  68102 |
| | (402) 341-6000 |

                                                       /s/ Robert F. Rossiter, Jr.

W520512