IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WILILAM DAVID CLEMENTS, | ) | CASE NO. 8:08CV165 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER OF DISMISSAL** |
| | ) | |
| METROPOLITAN UTILITIES DISTRICT, a political subdivision, | ) ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the Court upon the Stipulation of the parties for dismissal of this matter pursuant to Fed. R. Civ. P. 41 (Filing 62). In consideration of the Stipulation,

IT IS HEREBY ORDERED that the above-captioned matter should be and therefore is dismissed, with prejudice, each party to bear their own costs.

DATED this 6th day of November, 2009.

BY THE COURT:


**s/ Joseph F. Bataillon**
United States District Court Judge


W520514

-1-